IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  12-cv-00770-RBJ- BNB | Date: April 5, 2012 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

GEN-PROBE INCORPORATED,                                    Stephen Swinton
                                                                                       Chad Nitta

            Plaintiff(s),

v.

BECTON, DICKINSON AND COMPANY,                Donald Ware
                                                                                       Natalie Hanlon-Leh

            Defendant(s),

MARK TOUKANS,                                                        Pro Se

            Objector.

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:        3:00 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Plaintiff offers exhibit. Exhibit received.

**ORDERED: Becton Dickinson and Company's emergency motion to compel third-party Mark Toukan's compliance with subpoenas [Doc. #2; filed 3/27/12] is taken under advisement.**

**ORDERED: Becton, Dickison, and Company's motion to seal documents in support of its motion to compel third-party Mark Toukan's compliance with subpoenas [Doc. #4; filed 3/27/12] is taken  under advisement.**

**ORDERED: Gen-Probe Incorporated's motion to restrict access [Doc. #15; filed 4/3/12] is taken under advisement.**

Court in Recess:        4:24 a.m.        Hearing concluded.    Total time in Court: 01:24

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.